UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 5, 2021     **Time:** 10:05 – 10:17 A.M.     **Judge:** BETH LABSON FREEMAN

Total Time: 12 Minutes

**Case No.**: 5:19-cr-00046-BLF-1     **Case Name:** UNITED STATES v. Yvonne Lattimore

**Attorney for Plaintiff: Christopher Vieira**
**Attorney for Defendant: Bruce Funk for Yvonne Lattimore - P/NC**

**Deputy Clerk:** Tiffany Salinas-Harwell     **Court Reporter:** Summer Fisher
**Interpreter:** N/A                          **Pretrial Officer:** Kim Do

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held via Zoom Webinar**

**CASE CONTINUED TO: January 8, 2021 at 1:00 pm before Magistrate Judge Cousins for**. **I.D. of Counsel Hearing.**

**Further Status Conference set for 2/2/2021 at 9:00 am before Judge Beth Labson Freeman**

**EXCLUDABLE DELAY**
Category:  Effective Preparation of Counsel
Begins:  1/5/2021
Ends:  2/2/2021

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Courtroom Deputy*

Original E-Filed