FILED

Jan 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BRUCE C. FUNK (CSBN 122340)
Law Office of Bruce C. Funk
46 West Santa Clara Street
San Jose, CA 95113
Telephone: 408-280-6488
Facsimile: 408-286-3139
Email: bcfunkesq@aol.com

Attorney for Defendant Yvonne Lattimore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00046 BLF |
| Plaintiff, | ORDER FOR RELEASE OF FILES |
| v. | |
| YVONNE LATTIMORE, | |
| Defendant. | |

FOR GOOD CAUSE SHOWING, the Federal Public Defender for the Northern District of California is ordered to release their complete file resulting out of their representation of Yvonne Lattimore in the above-referenced case to Lattimore and her counsel of record Bruce Funk.

The complete file includes, but is not limited to, all investigative work and all documents obtained, whether through investigation or from the client.

If the Federal Public Defender of the Northern District of California believes it cannot comply with this Order, an appearance on this matter may be made on Friday, January 15, 2021 at 1:00 pm before the Honorable Nathanael Cousins.

IT IS SO ORDERED.

Dated: January 8, 2021



NATHAN...
United S...

GRANTED
Judge Nathanael M. Cousins

ORDER
CR 19-00046 BLF