1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7301
7       FAX: (415) 436-7027
        christopher.vieira@usdoj.gov
8
   Attorneys for United States of America

9
10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

                               SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,              ) No. CR 19-00046 BLF
                                            )
14 |     Plaintiff,                         ) STIPULATION AND [~~PROPOSED~~] ORDER
                                            ) SETTING HEARING DATE AND EXCLUDING
15 |     v.                                 ) TIME FROM THE SPEEDY TRIAL ACT
                                            ) CALCULATION
16 | YVONNE LATTIMORE,                      )
                                            )
17 |     Defendant.                         )
                                            )

18

19     The defendant, YVONNE LATTIMORE, represented by David Plotsky, and the government,

20  represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court

21  on April 13, 2021 for a status conference. Defense counsel represented that additional time was needed

22  for attorney preparation.

23     The Court set a status conference for September 28, 2021 at 9:00 a.m., a motions hearing for

24  January 20, 2022 at 1:30 p.m., a pretrial conference for April 7, 2022 at 1:30 p.m., and the start of trial

25  for May 16, 2022. Defendant requested that time be excluded under the Speedy Trial Act between

26  April 13, 2021 and May 16, 2022 to conduct necessary investigation and to review discovery. The

27  government did not object to the request to exclude time.

28

STIPULATION AND [PROPOSED] ORDER
CR 19-00046 BLF

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on September 28, 2021, a motions hearing on January 20, 2022, a pretrial conference on April 7, 2022, and the start of trial on May 16, 2022.

2. The time between April 13, 2021 and May 16, 2022 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 4/20/2021

/s/ *David Plotsky*
DAVID PLOTSKY
Counsel for Defendant

Dated: 4/20/2021

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 21, 2021

BETH LABSON FREEMAN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 19-00046 BLF