1  David Plotsky, )
2  State Bar No. 251174 )
3  Plotsky and Dougherty, PC )
4  122 Girard, S.E. )
5  Albuquerque, New Mexico, 87106 )
6  505-268-0095  (fax)  505-266-9585 )
7  plotskylaw@gmail.com )
8  Attorney for Defendant, Yvonne Lattimore )

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **) NO. CR 19-00046 BLF** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **vs.** | **)** |
| | **)** |
| **YVONNE LATTIMORE** | **)** |
| | **) EX PARTE** |
| **Defendant.** | **) MOTION AND** |
| | **) (PROPOSED) ORDER FOR** |
| | **) RELEASE OF FILES** |
| | **)** |
| | **) Status Conf. 9/28/2021** |
| | **) 9:00AM** |
| | **)** |
| | **) Trial 5/13/2022** |
| _____ | **)** |

## EX PARTE MOTION AND (PROPOSED) ORDER FOR RELASE OF FILES

Defendant Yvonne Lattimore, through her counsel David L. Plotsky, requests

the Court order the Federal Public Defender for the Northern District of California to

release its complete file resulting out of its representation of Yvonne Lattimore in

the above referenced case to her counsel of record, David L. Plotsky.

Ex Parte Motion and Proposed Order

| | |
|---|---|
| 1 | The "complete file" is intended to include, but is not limited to, all |
| 2 | investigative work and all documents obtained, whether through discovery, |
| 3 | investigation, or from the client, as well as all electronic data, including the Case |
| 4 | Map 13 case file. |
| 5 | If the Federal Public Defender of the Northern District of California believes it |
| 6 | cannot comply with this request, Defendant requests an appearance on this matter |
| 7 | be scheduled before the Honorable Beth Labson Freeman. |
| 8 | Respectfully submitted by, |
| 9 | |
| 10 | Dated: July 21, 2021 |
| 11 | |
| 12 | |

Dated: July 21, 2021                           */s/ David L. Plotsky*
                                               David L. Plotsky
                                               Attorney for Defendant

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF <u>New Mexico</u>, COUNTY OF <u>Bernalillo.</u> |
| 3 | |
| 4 |     I am employed in the County of Bernalillo, State of New Mexico, I am |
| 5 | over the age of 18 and not a party to the within action; my business address |
| 6 | is:  122 Girard SE, Albuquerque, NM 87106. |
| 7 |     On 7/21/2021 I served the foregoing documents described as: Ex Parte |
| 8 | Motion and Proposed Order, and Declaration of David L. Plotsky, on all interested |
| 9 | parties in this action via Email as follows: Christopher Vieira, AUSA at |
| 10 | Christopher.viera@usdoj.gov and Severa Keith, FPD at Severa_Keith@fd.org. |
| 11 |     I am "readily familiar" with this firm's practice of service via Email. |
| 12 |     I declare under penalty of perjury under the laws of the State of New |
| 13 | Mexico that the foregoing is true and correct. |
| 14 | Executed on July 21, 2021at Albuquerque, New Mexico |
| 15 | |
| 16 |                 */s/ David L. Plotsky, Esq.* |
| 17 |                 David L. Plotsky |
| 18 | |

1   David Plotsky,                                )
2   State Bar No. 251174                          )
3   Plotsky and Dougherty, PC                     )
4   122 Girard, S.E.                              )
5   Albuquerque, New Mexico, 87106                )
6   505-268-0095  (fax)  505-266-9585             )
7   plotskylaw@gmail.com                          )
8   Attorney for Defendant, Yvonne Lattimore      )
9
10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13
14  UNITED STATES OF AMERICA          )  NO. CR 19-00046 BLF
15                                    )
16              Plaintiff,            )
17                                    )
18  vs.                               )
19                                    )
20  YVONNE LATTIMORE                  )
21                                    )
22              Defendant.            )
23                                    ) (**PROPOSED) ORDER TO**
24                                    ) **RELEASE FILES**
25  _____ )
26

27          FOR GOOD CAUSE SHOWN, the Federal Public Defender for the Northern

28  District of California is ordered to release its complete file resulting from its

29  representation of Yvonne Lattimore in the above referenced case to her counsel of

30  record, David L. Plotsky.

31          The "complete file" is meant to include, but is not limited to, all investigative

32  work, all work product and all documents obtained, or generated, whether through

33  discovery, investigation, or from the client, as well as all electronic data, including

34  the Case Map 13 case file.

Ex Parte Motion and Proposed Order

1        If the Federal Public Defender of the Northern District of California believes it

2  cannot comply with this request, an appearance on this matter may be made on

3  _____, 2021, at _____ before the Honorable Beth Labson

4  Freeman.

5

6  Dated: _____

7

8                              HONORABLE DISTRICT COURT JUDGE

9

10

11

12                              _____

13                              BETH LABSON FREEMAN

14

15

16

17

18  **PARTIES ENTITLED TO NOTICE:**

19

20  David L. Plotsky

21  Plotsky& Dougherty, P.C.

22  Attorney for Defendant

23  122 Girard Blvd. SE

24  Albuquerque, NM  87106

25  (505) 268-0095 Phone

26  (505) 266-9585 Fax

27  plotskylaw@gmail.com

28

29  Christopher Vieira

30  Assistant United States Attorney

31

32  Severa Keith

33  Federal Public Defender

34

35

36

Ex Parte Motion and Proposed Order