David Plotsky,
State Bar No. 251174
Plotsky and Dougherty, PC
122 Girard, S.E.
Albuquerque, New Mexico, 87106
505-268-0095 (fax) 505-266-9585
plotskylaw@gmail.com
Attorney for Defendant, Yvonne Lattimore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) NO. CR 19-00046 BLF |
| **Plaintiff,** | ) |
| vs. | ) |
| **YVONNE LATTIMORE** | ) |
| **Defendant.** | ) **DECLARATION OF DAVID L.** ) **PLOTSKY IN SUPPORT OF** ) **EX PARTE MOTION FOR** ) **RELEASE OF FILES** |

I, David L. Plotsky, declare:

1. I am a duly licensed attorney admitted to practice in the Courts of the State of California.

2. I have been appointed by this Court to represent the Defendant, Yvonne Lattimore.

3. In order to competently represent the Defendant, I believe I need, and therefore I am requesting herein that the Court order the Federal Public Defender's office to release to me its' complete file, including, but not limited to, all investigative work and

1

all documents obtained, whether through discovery, investigation, or from the client, as well as all electronic data, including the Case Map 13 case file, regarding my client, Yvonne Lattimore.

    4.    I understand that while the Federal Public Defender's Office of the Northern District of California has provided its' file to the Defendants' previous counsel, Bruce Funk, Esq., I have been advised certain documents were inadvertently not provided to Mr. Funk; and therefore, as a matter of thoroughness and to ensure I have everything pertaining to this matter from the Public Defenders' Office, I am making this request.

    I declare as an officer of this Court, the events set forth herein are true and correct to the best of my knowledge.

<u>Dated: July 21, 2021</u>

Respectfully Submitted,

*/s/ David L. Plotsky*
David L. Plotsky
plotskylaw@gmail.com
PLOTSKY & DOUGHERTY, P.C
122 Girard Blvd. SE
Albuquerque, NM 87106
(505) 268-0095 – Telephone
(505) 266-9585 - Fax
*Counsel for Defendant*