UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-cr-00046-BLF-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING FEDERAL PUBLIC DEFENDER TO RESPOND** |
| YVONNE LATTIMORE, | |
| Defendant. | |

On July 21, 2021, Defendant Yvonne Lattimore moved *ex parte* for the Court to order the Federal Public Defender to release its complete file resulting out of its representation of Defendant. ECF 104; *see also* ECF 105. The Court DIRECTS the Federal Public Defender to respond to this request **no later than July 29, 2021**. The response SHALL be no longer than three pages.

**IT IS SO ORDERED.**

Dated: July 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge