```
David Plotsky,                                   )
State Bar No. 251174                             )
Plotsky and Dougherty, PC                        )
122 Girard, S.E.                                 )
Albuquerque, New Mexico, 87106                   )
505-268-0095  (fax) 505-266-9585                 )
plotskylaw@gmail.com                             )
Attorney for Defendant, Yvonne Lattimore         )
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) NO. CR 19-00046 BLF |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **YVONNE LATTIMORE** | ) |
| | ) **EX PARTE** |
| **Defendant.** | ) **MOTION AND** |
| | ) ~~(PROPOSED)~~ **ORDER FOR** |
| | ) **RELEASE OF FILES** |
| | ) |
| | ) **Status Conf. 9/28/2021** |
| | ) **9:00AM** |
| | ) |
| | ) **Trial 5/13/2022** |
| _____ | ) |

**EX PARTE MOTION AND ~~(PROPOSED)~~ ORDER FOR RELASE OF FILES**

    Defendant Yvonne Lattimore, through her counsel David L. Plotsky, requests the Court order the Federal Public Defender for the Northern District of California to release its complete file resulting out of its representation of Yvonne Lattimore in the above referenced case to her counsel of record, David L. Plotsky.

1     The "complete file" is intended to include, but is not limited to, all investigative work and all documents obtained, whether through discovery, investigation, or from the client, as well as all electronic data, including the Case Map 13 case file.

    If the Federal Public Defender of the Northern District of California believes it cannot comply with this request, Defendant requests an appearance on this matter be scheduled before the Honorable Beth Labson Freeman.

    Respectfully submitted by,

Dated: July 21, 2021          */s/ David L. Plotsky*
                                     David L. Plotsky
                                     Attorney for Defendant

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF <u>New Mexico</u>, COUNTY OF <u>Bernalillo.</u> |
| 3 |   |
| 4 | I am employed in the County of Bernalillo, State of New Mexico, I am |
| 5 | over the age of 18 and not a party to the within action; my business address |
| 6 | is:  122 Girard SE, Albuquerque, NM 87106. |
| 7 | On 7/21/2021 I served the foregoing documents described as: Ex Parte |
| 8 | Motion and Proposed Order, and Declaration of David L. Plotsky, on all interested |
| 9 | parties in this action via Email as follows: Christopher Vieira, AUSA at |
| 10 | Christopher.viera@usdoj.gov and Severa Keith, FPD at Severa_Keith@fd.org. |
| 11 | I am "readily familiar" with this firm's practice of service via Email. |
| 12 | I declare under penalty of perjury under the laws of the State of New |
| 13 | Mexico that the foregoing is true and correct. |
| 14 | Executed on July 21, 2021 at Albuquerque, New Mexico |
| 15 |   |
| 16 | _/s/ David L. Plotsky, Esq._ |
| 17 | David L. Plotsky |
| 18 |   |

Ex Parte Motion and ~~Proposed~~ Order

3

| | | |
|---|---|---|
| 1 | David Plotsky, | ) |
| 2 | State Bar No. 251174 | ) |
| 3 | Plotsky and Dougherty, PC | ) |
| 4 | 122 Girard, S.E. | ) |
| 5 | Albuquerque, New Mexico, 87106 | ) |
| 6 | 505-268-0095  (fax)  505-266-9585 | ) |
| 7 | plotskylaw@gmail.com | ) |
| 8 | Attorney for Defendant, Yvonne Lattimore | ) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. CR 19-00046 BLF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| YVONNE LATTIMORE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | ~~(PROPOSED)~~ **ORDER TO** |
| | ) | **RELEASE FILES** |
| _____ | ) | |

FOR GOOD CAUSE SHOWN, the Federal Public Defender for the Northern District of California is ordered to release its complete file resulting from its representation of Yvonne Lattimore in the above referenced case to her counsel of record, David L. Plotsky.

The "complete file" is meant to include, but is not limited to, all investigative work, all work product and all documents obtained, or generated, whether through discovery, investigation, or from the client, as well as all electronic data, including the Case Map 13 case file.

Ex Parte Motion and ~~Proposed~~ Order

~~If the Federal Public Defender of the Northern District of California believes it cannot comply with this request, an appearance on this matter may be made on _____, 2021, at _____ before the Honorable Beth Labson Freeman.~~

Dated: __July 28, 2021__

HONORABLE DISTRICT COURT JUDGE

_____
BETH LABSON FREEMAN

**PARTIES ENTITLED TO NOTICE:**

David L. Plotsky
Plotsky & Dougherty, P.C.
Attorney for Defendant
122 Girard Blvd. SE
Albuquerque, NM  87106
(505) 268-0095 Phone
(505) 266-9585 Fax
plotskylaw@gmail.com

Christopher Vieira
Assistant United States Attorney

Severa Keith
Federal Public Defender

Ex Parte Motion and ~~Proposed~~ Order