UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YVONNE LATTIMORE,<br><br>Defendant. | CR-19-00046-BLF<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, replacing David Plostky.

Michael Hinckley
803 Hearst St.
Berkeley, CA 94710
(415)706-1386
hinckley@michaelhinckleylaw.com

*Virginia K. DeMarchi*
Appointing Judge: Hon. Mag. Judge Virginia K. DeMarchi

January 14, 2022           1/12/2022
Date of Order             Nunc Pro Tunc Date