February 4, 2022

Ms. Yvonne Lattimore
P.O. Box 10804
Salinas, CA. 93912
(831) 262-5413

Robert F. Peckham Federal Bldg. & U.S. Courthouse
**Attn: Hon. Judge Beth Labson Freeman**
**Courtroom 3, 5th Floor**
Docket No. 5:19-CR-00046-BLF-1
280 South First Street
San Jose, CA 95113

### Re: Mr. David Plotsky Choosing Another Attorney for Defendant

Dear Honorable Judge Beth Labson Freeman:

I feel the need to inform you that I am very frustrated with my Attorney David Plotsky because he has been on my case for 1 year and has done absolutely nothing with preparing a defense for my case and he never did subpoena the records from Social Security and the Department of Social Services that will exonerate me in this case. Mr. Plotsky informed on several occasions that there are at least 2,000 pages of documents in my case file and it's to many pages for him to go through; therefore, he and the Paralegal Ms. Sylvia asked me to go through the documents and tell them where to find the page numbers and pertinent documents relevant to my case.

However, they want me to do their job that they are getting paid to do and it is not fair that 5 attorneys have been on my case for 8 months to 1 year and then decide to remove themselves from the case as my attorney and none of them has come up with or provided a defense in my case but yet they're getting paid and have done absolutely nothing to show for it.

I received a text message from Mr. Plotsky on 1/7/22, that he was no longer going to represent me. On 1/10/22, I received another text message from Mr. Plotsky that he was going to inform you at our 1/20/22, Hearing that he was going to withdraw himself as my attorney. On 1/11/22, Mr. Plotsky sent me a text message informing me that a Hearing was scheduled on 1/13/22, before Judge DiMarchi to appoint me new counsel. However, on 1/31/22, Mr. Plotsky sent me a text message which informed Defendant that a court hearing will not be necessary for appointment of new counsel because he transferred my case to Attorney Hinckley!

Judge Freeman any time a former attorney came off of my case there was a Court Hearing in which the Court Appointed Defendant new Counsel which should also happen in regards to Mr. Plotsky removing himself as my Counsel. I spoke to my Pretrial Officer Brad Wilson regarding this matter and he said the Court has to appoint me new counsel and not Mr. Plotsky. Therefore, I would like a Court Hearing regarding appointment of new Counsel to represent Defendant.

Sincerely,

*Yvonne Lattimore*