STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov
    george.hageman@usdoj.gov

Attorneys for United States of America

MIKE HINCKLEY (CABN 161645)
Mike Hinckley Law

    1306 Pine Street
    Walnut, California 94596
    Phone: (415) 706-1386
    Email: mike@mhlaw.us

Attorney for Defendant Yvonne Lattimore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:19-CR-00046 BLF |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND ORDER** |
| v. | |
| YVONNE LATTIMORE, | |
| Defendant. | |

    Trial in the above-captioned case is set to begin with jury selection on January 6, 2023. On December 19, 2022, defense counsel informed the government and the Court that he had a medical emergency requiring a five-week recovery and would be unable to begin trial as scheduled. The parties

conferred on their availability to reschedule the trial.

The government is available to begin trial on any of the following dates:

- January 6, 2023 through February 27, 2023
- March 20, 2023
- May 8, 2023 through May 22, 2023
- After June 19, 2023

Defense counsel is available to begin trial on any of the following dates:

- March 20, 2023
- May 1, 2023 through June 5, 2023
- After June 26, 2023

Based on the availability of the parties and the Court, the earliest date available to begin trial is May 8, 2023. The government agrees that a continuance is necessary in this matter and wishes defense counsel a speedy recovery; however, it would prefer that an earlier trial date be set if possible. Given the frequent changes in litigation schedules, the government therefore requests a status conference be set for January 24, 2023 to determine whether an earlier trial date can be set.

The government and counsel for the defendant also agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare for trial. For this reason, the parties stipulate and agree that excluding time until May 8, 2023 or until the date of the new trial will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 21, 2022 through May 8, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

//
//
//
//

STIPULATION TO CONTINUE TRIAL  
5:19-CR-00046 BLF

2

| | |
|---|---|
| Dated:       December 21, 2022 | STEPHANIE M. HINDS<br>United States Attorney<br><br>*/s/ Kelsey C. Davidson*<br>KELSEY C. DAVIDSON<br>GEORGE O. HAGEMAN<br>Assistant United States Attorneys<br><br><br>*/s/ Mike Hinkley*<br>MIKE HINCKLEY<br>Attorney for Defendant Yvonne Lattimore |

STIPULATION TO CONTINUE TRIAL
5:19-CR-00046 BLF

3

**ORDER**

For good cause, the Court continues the trial until May 8, 2023. A status conference is set for January 24, 2023 to determine if an earlier trial date may be set.

Additionally, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby finds that failing to exclude the time from December 21, 2022 through May 8, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 21, 2022 through May 8, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 21, 2022 through May 8, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 22, 2022

HONORABLE BETH L. FREEMAN
United States District Judge