# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YVONNE LATTIMORE,<br><br>    Defendant. | Case No. 19-cr-00046-BLF-1<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL AS PREMATURE**<br><br>[Re: ECF 341] |

Defendant has filed a request for appointment of counsel based on her probation officer's anticipated filing of a charge that Defendant has violated her conditions of supervision. *See* Def.'s Request, ECF 341. Defendant wishes to file a preemptive motion to modify her conditions of supervision, and seeks appointment of counsel for that purpose.

The Court finds Defendant's request for appointment of counsel to be premature. In the event that Defendant's probation officer files a charge that Defendant has violated her conditions of supervision, Defendant will appear before a magistrate judge, who will decide Defendant's eligibility for appointed counsel at that time.

Accordingly, Defendant's request for appointment of counsel is DENIED.

**IT IS SO ORDERED.**

Dated: September 18, 2025

_____
BETH LABSON FREEMAN
United States District Judge